

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-82,877-04

### IN RE PATRICK DELACRUZ MORENO, Relator

### ON APPLICATION FOR A WRIT OF MANDAMUS
### CAUSE NO. 3156 IN THE 112TH DISTRICT COURT
### FROM PECOS COUNTY

*Per curiam*.

## O R D E R

Relator has filed a motion for leave to file an application for a writ of mandamus pursuant to the original jurisdiction of this Court. In it, he contends his appellate counsel, Gonzalo P. Rios, Jr., refuses to return a letter, written by Relator's trial counsel, Frank Lacy, dated June 9, 2011.

In these circumstances, additional facts are needed. Respondent, Gonzalo P. Rios, Jr., is ordered to file a response as to whether said letter exists. If such document exists, Respondent is ordered to inform this Court whether or not he has possession of said letter, and, if so, why he refuses to return said letter to Relator. This application for leave to file a writ of mandamus will be held in abeyance until Respondent has submitted response. Such response shall be submitted within 30 days of the date of this order.

Filed:   September 14, 2016
Do not publish